UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>           Plaintiff,<br><br>    v.<br><br>T. SANDERS, et al.,<br><br>           Defendants. | No. 1:24-cv-01359-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO PAY THE $405.00 FILING FEE WITHIN TWENTY DAYS<br><br>Doc. 4 |

   Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   Plaintiff filed the instant action on November 6, 2024. Doc. 1. He did not pay the filing fee or file an application to proceed in forma pauperis. *See* docket. On November 7, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff pay the $405.00 filing fee because he had three or more strikes under 28 U.S.C. § 1915(g). Doc. 4. Plaintiff was served with the findings and recommendations, which contained notice that any objections were to be filed within fourteen (14) days of service. *Id.* Plaintiff did not file objections and the time to do so has passed.

///

In accordance with of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff has at least three dismissals that constitute a strike under 28 U.S.C. § 1915(g) and he has not shown he is entitled to the "imminent danger of serious physical injury" exception. As plaintiff is not entitled to proceed in forma pauperis, he is directed to pay the filing fee to proceed with this case.

Accordingly,

1. The findings and recommendations issued on November 7, 2024, Doc. 4, are ADOPTED IN FULL;
2. Within twenty (30) days from the date of service of this order, plaintiff shall pay the $405.00 filing fee if he wishes to proceed with his action. *See* 28 U.S.C. § 1915(g); and
3. Plaintiff is advised that failure to timely pay the required filing fee as ordered will result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   March 28, 2025

UNITED STATES DISTRICT JUDGE

2