UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>    v.<br><br>T. SANDERS, et al.,<br><br>    Defendants. | No. 1:24-cv-01359-KES-SAB (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE<br><br>Doc. 5 |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. On November 7, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff not be allowed to proceed in forma pauperis and to pay the $405.00 filing because he has suffered three or more strikes under 28 U.S.C. § 1915(g) Doc. 4. On March 31, 2025, the Court issued an order adopting the findings and recommendations in full and ordering plaintiff to pay the $405.00 filing fee in full within 30 days. Doc. 5. Plaintiff was warned "that failure to timely pay the required filing fee as ordered will result in the dismissal of this action without prejudice." Doc. 5 at 2. Plaintiff has not paid the filing fee, and the deadline for him to do so has expired. Without such payment, the action cannot proceed at this time.

1

Accordingly,

1. This action is dismissed, without prejudice, for plaintiff's failure to pay the filing fee; and

2. The Clerk of the Court is directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:   June 2, 2025

UNITED STATES DISTRICT JUDGE

2